IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH R. HERRON,                              )
                                               )
            Plaintiff,                         )          Civil Action No. 15-1664
                                               )          Chief Magistrate Judge Maureen P. Kelly
            v.                                 )
                                               )
INVESTMENT PROFESSIONALS INC.,                 )
                                               )
            Defendant.                         )

**<u>HEARING MEMO</u>**

HEARING HELD:  Telephone Status Conference
DATE HEARING HELD:  June 2, 2016
BEFORE: Chief Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                       Appearing for Defendant:
Gary F. Lynch, Esquire                         Holly H. Williamson, Esquire
Jamisen A. Etzel, Esquire

Hearing began at 10:14 a.m.                    Hearing concluded at 10:43 a.m.

Stenographer:  None

OUTCOME:

1.      In the absence of report of neutral filed by the mediator, the Court asked counsel to
confirm that mediation took place on May 19 as scheduled.  Mediation took place.  Case has not
been resolved.

2.      Discussed Plaintiff's pending Motion for Conditional Certification and Judicial Notice
and Defendant's Response in Opposition.

3.      Parties have agreed to file Joint Stipulation of tolling of statute of limitations as of May
16, 2016.  Once the Joint Stipulation is filed, the Court will sign and approve.

4.      As to Motion for Conditional Certification, in light of the completion of Plaintiff's
deposition, Plaintiff is to file reply by 6/9/16 and Defendant is to file sur-reply by 6/17/16.

5.      Defense counsel reported that she will be filing a motion for summary judgment on the limited issue discussed.  Motion will be filed by 6/7/16.  The Court will issue a briefing schedule following the filing of the motion.

cc:     All counsel of record by Notice of Electronic Filing