# ATTACHMENT II

(to Defendant's Position)

# Reed, Michael

| | |
|---|---|
| **From:** | Williamson, Holly |
| **Sent:** | Thursday, October 27, 2016 4:04 PM |
| **To:** | Jamisen Etzel |
| **Cc:** | Gary Lynch (glynch@carlsonlynch.com); Reed, Michael; Dumbacher, Robert; Pierce, Susan |
| **Subject:** | Proposed motion per Court's recent order |
| **Attachments:** | 62785524_4.docx |

Jamisen and Gary,

Please review and let me know what you think. It seems to make sense that we not engage in class discovery or pay for experts until we know the outcome of the pending motions.

Thanks,

Holly



**Holly Williamson**
Partner
hwilliamson@hunton.com
p 713.229.5717
m 713.922.4911
bio | vCard

Hunton & Williams LLP
Bank of America Center, Suite 4200
700 Louisiana Street
Houston, TX 77002
hunton.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, please advise by return email immediately and then delete this message and all copies and backups thereof.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. HERRON, individually and On behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:15-cv-01664-MPK |
| v. | § § | Chief Magistrate Judge Maureen P. Kelly |
| INVESTMENT PROFESSIONALS, INC., | § § § | |
| Defendant. | § § | |

## JOINT MOTION REGARDING SCHEDULING

In response to the Court's Order directing the parties to prepare a joint proposed Case Management Scheduling Order [Dkt. 60], the parties request that in light of Defendant's pending Motion for Summary Judgment [Dkt. 39], and Plaintiff's Motion for Conditional Class Certification all current case deadlines be stayed. Should the Court deny Defendant's Motion for Summary Judgment, and depending on the outcome of the Motion for Conditional Class Certification, the parties agree to meet, confer and propose an appropriate joint Case Management Scheduling Order. The parties respectfully submit that proceeding in this manner will conserve both judicial and party resources.

Respectfully submitted,

**CARLSON LYNCH SWEET & KILPELA, LLP**

By: /s/ Gary F. Lynch
Gary F. Lynch (PA#56887)
glynch@carlsonlynch.com
Jamisen A. Etzel (PA #311554)
jetzel@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P: (412) 322-9243

**HUNTON & WILLIAMS LLP**

By: /s/ Holly H. Williamson
Holly H. Williamson (Attorney-in-Charge)
(appearing *pro hac vice*)
Texas Bar No. 21620100
700 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 229-5700
Facsimile: (713) 229-5750

1

F: (724) 656-1556
**ATTORNEYS FOR PLAINTIFF**

hwilliamson@hunton.com

Dan J. Jordanger (VA #29518)
(admitted to practice before the Court)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone: (804) 788-8609
Facsimile: (804) 788-8218
djordanger@hunton.com

**ATTORNEYS FOR DEFENDANT
INVESTMENT PROFESSIONALS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this ____ day of _____, 2016, and will be served on all counsel of record via the Court's electronic filing system (CM/ECF). Parties may access this filing through the Court's system.

Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
CARLSON LYNCH SWEET& KILPELA, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: (412) 322-9243
Fax: (724) 656-1556
*Attorneys for Plaintiff, Joseph R. Herron*

/s/ Holly H. Williamson
Holly H. Williamson

3