# ATTACHMENT III
(to Defendant's Position)

# Reed, Michael

| | |
|---|---|
| **From:** | Jamisen Etzel <jetzel@carlsonlynch.com> |
| **Sent:** | Monday, October 31, 2016 1:04 PM |
| **To:** | Williamson, Holly |
| **Cc:** | Gary Lynch; Reed, Michael; Dumbacher, Robert; Pierce, Susan |
| **Subject:** | RE: Proposed motion per Court's recent order |
| **Attachments:** | Joint Motion - CLSKC edits 10.31.16.docx |

Holly,

I understand your interest in avoiding expenses until the motions are decided. However, we believe it is unfair and prejudicial to halt all discovery before we get any substantive information from your side. In an effort to compromise, we are willing to limit our current requests to one 30(b)(6) deposition and some select types of documents. We proposed a meet and confer regarding our document requests and will be receptive at this stage to limiting the scope of our requests so that the burden of responding should be minimal; we just want some information to help facilitate and guide the deposition.

I've drafted a revised joint motion which reflects our proposal. Please let me know if you'll agree to this plan, or if we'll need to submit a plan with competing proposals to the Court.

Best,

JAMISEN A. ETZEL
Attorney
CARLSON LYNCH SWEET KILPELA & CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
Main:   412-322-9243
Direct: 412-253-6293
Fax:    412-231-0246
jetzel@carlsonlynch.com
carlsonlynch.com



This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author. It is confidential and may be protected by the attorney/client privilege. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, please notify the author and destroy the message (and all attachments and enclosures thereto) immediately.

**From:** Williamson, Holly [mailto:hwilliamson@hunton.com]
**Sent:** Thursday, October 27, 2016 5:04 PM
**To:** Jamisen Etzel <jetzel@carlsonlynch.com>
**Cc:** Gary Lynch <glynch@carlsonlynch.com>; Reed, Michael <mreed@hunton.com>; Dumbacher, Robert <RDumbacher@hunton.com>; Pierce, Susan <spierce@hunton.com>
**Subject:** Proposed motion per Court's recent order

1

Jamisen and Gary,

Please review and let me know what you think. It seems to make sense that we not engage in class discovery or pay for experts until we know the outcome of the pending motions.

Thanks,

Holly



**Holly Williamson**
Partner
hwilliamson@hunton.com
p 713.229.5717
m 713.922.4911
bio | vCard

Hunton & Williams LLP
Bank of America Center, Suite 4200
700 Louisiana Street
Houston, TX 77002
hunton.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, please advise by return email immediately and then delete this message and all copies and backups thereof.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. HERRON, individually and On behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:15-cv-01664-MPK |
| v. | § § | Chief Magistrate Judge Maureen P. Kelly |
| INVESTMENT PROFESSIONALS, INC., | § § § | |
| Defendant. | § | |

## JOINT MOTION REGARDING SCHEDULING

In response to the Court's Order directing the parties to prepare a joint proposed Case Management Scheduling Order [Dkt. 60], the parties request that in light of Defendant's pending Motion for Summary Judgment [Dkt. 39], and Plaintiff's Motion for Conditional ~~Class~~ Collective Action Certification [Dkt. 28], the Court order the following:

1) The "class discovery deadline" be extended to December 31, 2016.

2) Plaintiff shall be permitted to conduct one Rule 30(b)(6) deposition of a representative of Defendant during this discovery period.

3) To facilitate the Rule 30(b)(6) deposition, the parties shall meet and confer with respect to Plaintiffs' first request for production of documents by November 11, 2016.[1]

4) A~~a~~ll other current case deadlines be stayed pending resolution of the two aforementioned motions~~.~~

~~Should the Court deny Defendant's Motion for Summary Judgment, and depending on the outcome of the Motion for Conditional Class Certification~~After the Court enters orders with respect to Defendant's motion for summary judgment and Plaintiff's Motion for Conditional

---

[1] If Defendant does not participate in a meet and confer by that date, Plaintiff will be deemed to have satisfied his good faith obligation under Rule 37(a)(1).

1

Collective Action Certification,[2] the parties agree to meet, confer and propose an appropriate joint Case Management Scheduling Order. The parties respectfully submit that proceeding in this manner will conserve both judicial and party resources.

Respectfully submitted,

| | |
|---|---|
| **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** | **HUNTON & WILLIAMS LLP** |
| By: /s/ Gary F. Lynch<br>Gary F. Lynch (PA#56887)<br>glynch@carlsonlynch.com<br>Jamisen A. Etzel (PA #311554)<br>jetzel@carlsonlynch.com<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>P: (412) 322-9243<br>F: (724) 656-1556<br>**ATTORNEYS FOR PLAINTIFF** | By: /s/ Holly H. Williamson<br>Holly H. Williamson (Attorney-in-Charge)<br>(appearing *pro hac vice*)<br>Texas Bar No. 21620100<br>700 Louisiana Street, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 229-5700<br>Facsimile: (713) 229-5750<br>hwilliamson@hunton.com<br><br>Dan J. Jordanger (VA #29518)<br>(admitted to practice before the Court)<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Telephone: (804) 788-8609<br>Facsimile: (804) 788-8218<br>djordanger@hunton.com<br><br>**ATTORNEYS FOR DEFENDANT INVESTMENT PROFESSIONALS, INC.** |

---

[2] (Assuming Defendant's motion for summary judgment is denied at least in part).

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this ____ day of _____, 2016, and will be served on all counsel of record via the Court's electronic filing system (CM/ECF). Parties may access this filing through the Court's system.

Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
CARLSON LYNCH SWEET & KILPELA, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Tel: (412) 322-9243
Fax: (724) 656-1556
*Attorneys for Plaintiff, Joseph R. Herron*

/s/ Holly H. Williamson
Holly H. Williamson

3