IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. HERRON, *individually and on behalf of all others similarly situated*, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 15-1664<br>) Chief Magistrate Judge Maureen P. Kelly<br>) |
| v. | )<br>) |
| INVESTMENT PROFESSIONALS INC., | )<br>) |
| Defendant. | ) |

## HEARING MEMO

HEARING HELD:  Status Conference
DATE HEARING HELD:  October 17, 2016
BEFORE: Chief Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                                                Appearing for Defendant:
Gary F. Lynch, Esquire                                               Holly H. Williamson, Esquire by telephone
Jamisen A. Etzel, Esquire

Hearing began at 8:58 a.m.                                        Hearing concluded at  9:20 a.m

Stenographer:  None

OUTCOME:

1.      Reviewed recent chronology of case, need to lift stay and set remaining deadlines.

2.      Court inquired relative to interest in continuing to explore settlement.

3.      Defense counsel reported as to communication to Plaintiffs' counsel immediately prior to status conference.  Plaintiffs' counsel need to talk to clients but believe matter can now be resolved.

4.      Court set status conference for Monday, November 6, 2017 at 11:00 a.m.  Attorney Williamson may participate by phone.  Purpose of call is to report on agreement to settlement terms.  If all matters are resolved, counsel are to notify the Court that status conference is not needed.

5. If matters resolved, counsel agreed that the filing of a joint motion to approve settlement is appropriate. Proposed order should be attached to joint motion.