IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. HERRON, *individually and on behalf of all others similarly situated*, | ) ) ) ) Civil Action No. 15-1664 |
| Plaintiff, | ) Chief Magistrate Judge Maureen P. Kelly |
| v. | ) ) |
| INVESTMENT PROFESSIONALS INC., | ) ) |
| Defendant. | ) |

## HEARING MEMO

HEARING HELD:  Telephone Status Conference
DATE HEARING HELD:  January 12, 2018
BEFORE: Chief Magistrate Judge Maureen P. Kelly

| | |
|---|---|
| Appearing for Plaintiff: | Appearing for Defendant: |
| Jamisen A. Etzel, Esquire | Holly H. Williamson, Esquire |
| Hearing began at 1:29 p.m. | Hearing concluded at 1:34 p.m. |
| Stenographer:  None | |

OUTCOME:

1. Reviewed items discussed during conference call on 12/7/17.  Draft settlement agreement was provided by defense counsel.

2. Single remaining issue has been resolved.

3. Plaintiff's counsel will prepare and file joint motion to approve settlement by 2/1/18.